IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00042-WDM-PAC

ERIC R. HIGH,

     Plaintiff(s),

v.

HENRY M. PAULSON, JR.,
SECRETARY OF THE TREASURY/IRS,

     Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that Plaintiff's Motion for Default Judgement (Doc. #20), filed March 27, 2007, is **DENIED**.  The court granted defendant Paulson until March 28, 2007 to respond to the Complaint.  (Doc. #22)  Defendant Paulson filed a Motion to Dismiss on March 28, 2007. (Doc. #24)

Dated:  March 29, 2007