IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00042-WDM-PAC

ERIC R. HIGH,

      Plaintiff(s),

v.

HENRY M. PAULSON, JR.,
SECRETARY OF THE TREASURY/IRS,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that plaintiff's Motion to Clarify the court's April 3, 2007 Minute Order directing the plaintiff to respond to the Defendant's Motion to Dismiss is **GRANTED** as follows.  Plaintiff filed a response to Defendant's Motion to Dismiss on April 2, 2007.  Plaintiff need not file a further response at this time.

Dated:  April 9, 2007