**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge  O.  Edward  Schlatter**

---

**Civil Action No.: 07-cv-00042-WDM-PAC**        **FTR** - Reporter Deck - Courtroom A-501
**Date: May  22,  2007**                         Courtroom Deputy,  Ellen E. Miller

---

ERIC R.  HIGH                                    Pro Se
    **Plaintiff(s),**
v.

HENRY M.  PAULSON, JR.,                          Michael C.  Johnson
DEPARTMENT OF THE TREASURY,
    **Defendant(s).**

---

**COURTROOM   MINUTES  /  MINUTE  ORDER**

---

**HEARING:   RULE   16(b)  SCHEDULING   CONFERENCE**
Court in session:   10:30   a.m.
Court calls case.  Appearance of *Pro Se* Plaintiff and Defense counsel.

This is the time set for a Rule 16(b) Scheduling Conference.  The parties advise the Court they have filed out a **Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction.** The document shall be filed by the Courtroom Deputy.
As it is anticipated the consent to a Magistrate Judge will be approved, and a Magistrate Judge to preside over the case will then be assigned,   no   pretrial deadlines or settings are made.
The Proposed Scheduling Orders submitted by the parties (Docket No. 49 and Docket No. 50) are not   signed.

Discussion is held regarding the Defendant's Motion to Stay.  With no objection from Plaintiff,

**It is  ORDERED:**   Defendants' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' DISPOSITIVE MOTION (Docket No. **53,** Filed May 22, 2007) is   **GRANTED**   for reasons as set forth on the record.
    Discovery is STAYED pending a ruling on Defendants' Motion to Dismiss for Lack of Jurisdiction.

HEARING CONCLUDED.    **Court in recess:** 10:39 a.m.   Total In-Court Time:    00:09