IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00042-MEH-PAC

ERIC R. HIGH,

    Plaintiff,

v.

HENRY M. PAULSON, JR., Secretary of the Treasury/IRS,

    Defendant.

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

In this *pro se* employment discrimination suit, Defendant has filed a Motion to Dismiss, alleging that Plaintiff failed to exhaust his lawsuit in its entirety (Docket #24). Plaintiff has filed his response and Defendant his Reply. Defendant submitted evidentiary materials with his motion. Because the material submitted by Defendant may be used by the Court in its decision and may be considered under a Fed. R. Civ. P. 12(b)(6) analysis, it is proper to inform the parties that the Court will convert the motion to dismiss into a motion for summary judgment. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Therefore, either party may submit any additional briefing on the Motion to Dismiss, and in such additional briefing, the Plaintiff may respond to the materials already submitted by the Defendant. It is ORDERED that any additional briefing must be submitted by **June 20, 2007**.

Dated at Denver, Colorado, this 6th day of June, 2007.

                                      BY THE COURT:

                                      s/ Michael E. Hegarty
                                      Michael E. Hegarty
                                      United States Magistrate Judge